FILED
2009 Nov-16 PM 02:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD DOUGLAS McRAE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) 2:08-CV-2341-PWG |
| **CAROL McLAIN,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 4, 2009, recommending that the complaint be dismissed with prejudice as frivolous under 28 U.S.C. § 1915(e). A copy of the magistrate judge's recommendation was mailed to Plaintiff at the address provided at the time his complaint was filed. On November 12, 2009, Plaintiff's copy of the report and recommendation was returned by the Postal Service stamped as undeliverable.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be dismissed as frivolous. A Final Judgment will be entered.

**DONE** and **ORDERED** this    16th    day of November, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE